UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CHRISTOPHER MILLEA** | **CIVIL ACTION NO. 3:06 CV 01929 (VLB)** |
| Plaintiff, | |
| V. | |
| **METRO-NORTH RAILROAD COMPANY** | **OCTOBER 20, 2011** |
| Defendant. | |

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION FOR AWARD OF
APPELLATE ATTORNEY'S FEES AND COSTS**

The defendant, Metro-North Railroad Company (Metro-North) hereby supplements its objection dated September 28, 2011 (Document No. 152) insofar as the plaintiff is seeking costs which go beyond and which are not included in the Verified Itemized Bill of Costs filed in the Second Circuit Court of Appeals and reiterates its arguments that the hourly fee request by Attorney Goetsch is excessive and unreasonable.

The plaintiff is seeking costs to which he is not entitled.  A copy of the Verified Itemized Bill of Costs, which totals $4,839.05 is attached as Exhibit A.  Attached as Exhibit B is a letter from the Vice President and General Counsel of Metro-North Railroad to Attorney Charles Goetsch dated September 7, 2011, enclosing a check in the amount of $4,839.05.

The plaintiff now seeks additional appellate costs in the amount of $2,317.32. The defendant objects to these additional costs as same were not included in the Verified Bill of Costs in the Second Circuit or in the costs previously awarded (and paid) by the trial court.

Secondly, without needless repetition of the arguments previously made, a $500 an hour fee request is simply too much and would equal the high end (if not the highest) of attorney fees awarded in this district. The court should take into its consideration the relative routine nature of the case and that the appeal was argued by a lawyer from another law firm.

                                                THE DEFENDANT,
                                                METRO-NORTH RAILROAD COMPANY

By: _____/s/_____
      Charles A. Deluca, Esq., (CT 05255)
      Ryan Ryan Deluca LLP
      707 Summer Street
      Stamford, CT   06901
      Phone No. 203-357-9200

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 20, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                    _____/s/_____
                                                        Charles A. Deluca, Esq.

I:\procases\205.250\Memo of Law in Support.doc